IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JORDAN M. CORRIGAN,<br><br>    Plaintiff<br>v.<br><br>CREDIT MANAGEMENT, LP,<br><br>    Defendant, | Case No.  4:23-cv-00058-ALM |

## ORDER DISMISSING CASE

Plaintiff  JORDAN M. CORRIGAN, by and through counsel having filed an Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant CREDIT MANAGEMENT, LP.

It is therefore ORDERED that the above cause of action is hereby dismissed, with prejudice, as to CREDIT MANAGEMENT, LP.

Each party shall bear its own costs and attorney fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 26th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE